## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-204-JO** |
| v. | **INFORMATION** |
| **ROWAN M. OLSEN,** | **40 U.S.C. § 1315** |
| | **41 C.F.R. § 102.74.380(d)** |
| **Defendant.** | **41 C.F.R. § 102.74.390** |
| | **41 C.F.R. § 102.74.385** |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Creating a Hazard on Federal Property)
### (41 C.F.R. § 102.74.380(d))

On or about July 2, 2020, in the District of Oregon, defendant **ROWAN M. OLSEN** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse, and did create a hazard to persons and things while on the property;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.380(d), a class C misdemeanor.

### COUNT 2
### (Disorderly Conduct on Federal Property)
### (41 C.F.R. § 102.74.390)

On or about July 2, 2020, in the District of Oregon, defendant **ROWAN M. OLSEN** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal

Courthouse, and did exhibit disorderly conduct and exhibit conduct on the property that created a loud and unusual noise and disturbance, unreasonably obstructed the usual use of entrances, and impeded and disrupted Government employees from the performance of their official duties;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.390, a class C misdemeanor.

## COUNT 3
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102.74.385)

On or about July 2, 2020, in the District of Oregon, defendant **ROWAN M. OLSEN** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse, and failed to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.390, a class C misdemeanor.

Dated: July 6, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_____
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney