SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00204-JO |
| v. | MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |
| ROWAN OLSEN, | |
| Defendant. | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Information filed July 6, 2020, charging defendant with Creating a Hazard on Federal Property, Disorderly Conduct on Federal Property, and Failing to Obey a Lawful Order.

The government seeks this dismissal in the interest of justice.

Dated: December 3, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Ashley R. Cadotte*
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney